474 A.2d 669

Commonwealth v. Curry, Appellant.

Petition for Allowance of Appeal
Denied Aug. 14, 1984.

Submitted November 28, 1983. Edward J. McMearty, for appellant; Dennis C. McAndrews, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

The judgment is hereby affirmed.